# SUPREME COURT OF HAWAIʻI

State v. Bortel .................................... SCAP–12– 02/25/2013 Vacated,
0000392 Remanded
and
Dismissed